```
                                                        FILED
                                                      Nov 13 2020
         UNITED STATES JUDICIAL PANEL
                     on                              SUSAN Y. SOONG
          MULTIDISTRICT LITIGATION               CLERK, U.S. DISTRICT COURT
                                               NORTHERN DISTRICT OF CALIFORNIA
                                                         OAKLAND
```

IN RE: UNITED SPECIALTY INSURANCE
COMPANY SKI PASS INSURANCE LITIGATION            MDL No. 2975


(SEE ATTACHED SCHEDULE)


### CONDITIONAL TRANSFER ORDER (CTO −2)


On October 2, 2020, the Panel transferred 2 civil action(s) to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.3d_ (J.P.M.L. 2020). Since that time, 3 additional action(s) have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Yvonne Gonzalez Rogers.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Rogers.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of October 2, 2020, and, with the consent of that court, assigned to the Honorable Yvonne Gonzalez Rogers.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.


Inasmuch as no objection is
pending at this time, the
stay is lifted.

Nov 13, 2020

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

**IN RE: UNITED SPECIALTY INSURANCE
COMPANY SKI PASS INSURANCE LITIGATION**                MDL No. 2975

### SCHEDULE CTO−2 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| IOWA SOUTHERN | | | |
| IAS | 4 | 20−00322 | Handorf v. United Specialty Insurance Company |